UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GREEN,                      )| NO. CV 11-01844 DOC (SS) |
|                                  )| |
|         Petitioner,              )| |
|                                  )| |
|     v.                           )| **JUDGMENT** |
|                                  )| |
| T. BUSBY, Warden,                )| |
|                                  )| |
|         Respondent.              )| |

   Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 5, 2012

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE